SPECIFICATION THAT FAILS TO ALLEGE THE TERMINAL ELE-MENT?

Briefs will be filed under Rule 25.

No. 12–0224/AF. U.S. v. Jamie D. Martinez. CCA S31779. Review granted on the following issue:

> WHETHER THE LOWER COURT MISAPPLIED *UNITED STATES v. FOSLER* AND *UNITED STATES v. WATKINS* IN FINDING THAT, DESPITE FAILING TO EXPRESSLY ALLEGE THE TERMINAL ELE-MENT, THE ARTICLE 134 SPECIFICATION HERE STATES AN OF-FENSE.

No briefs will be filed under Rule 25.

No. 12–0251/AF. U.S. v. Ermen-Rene Barnett. CCA 37578. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION WHEN HE INFORMED THE MEMBERS OF APPELLANT'S ILLEGAL PRETRIAL PUNISHMENT CREDIT AND THEN FAILED TO IN-STRUCT THE MEMBERS BASED ON A SUBMITTED QUESTION THAT THEY WERE NOT ALLOWED TO NULLIFY SOME OR ALL OF THAT CREDIT BY INCREASING THE SENTENCE.

Briefs will be filed under Rule 25.

Misc. No. 12–8017/AR. Ronald Gray, Appellant v. Eric Belcher, Colonel, U.S. Army, Commandant, U.S. Disciplinary Barracks, Fort Leavenworth, Kansas, Appel-lee. CCA 20110093. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief in the nature of a writ of coram nobis was filed under Rule 27(b) on this date.